JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO J. M. M., | CASE NO. CV 20-9137-AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this matter is remanded for further proceedings consistent with the Memorandum Opinion and Order.

DATED: September 29, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge